UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Case No.: **1:24-cv-06270-ARR-JAM**

**Natosha Dunston,**
Plaintiff,
vs.

**413 Tompkins Ave Corp** and
**Brooklyn Baby Cakes Inc,**
Defendants.

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, and Defendants, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and, except as otherwise agreed in writing and signed by the parties in this action, each party shall bear its respective fees and costs.

Dated: February 28, 2025

By: /s Maria-Costanza Barducci,
Maria-Costanza Barducci, Esq.
BARDUCCI LAW FIRM PLLC.
5 West 19th St., 10th Fl.
New York, NY 10011
Telephone: (212) 433-2554
mc@barduccilaw.com
*Attorneys for Plaintiff*

By: /s Sylvia Pihui Tsai
Sylvia Pihui Tsai, Esq.
Law offices of Fuqiang Zhang, P. C.
275 Madison Ave
Ste 903
New York, NY 10016
718-321-7130
stsai@law-gz.com

By: /s Steven Kirkpatrick
Steven Kirkpatrick, Esq.
Romer Debbas, LLP
275 Madison Avenue
New York, NY 10016

So Ordered,

/s/(ARR)

Allyne R. Ross, U.S.D.J. 3/7/2025